**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 6:26-cr-100-SCM
18 U.S.C. § 2422(b)

**ANDREW D. LEWIS**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

In or about March 2026, the exact date unknown, in Floyd County, in the Eastern District of Kentucky,

**ANDREW D. LEWIS**

did knowingly attempt to persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sex Abuse First Degree under Kentucky Revised Statute § 510.110, in violation of 18 U.S.C. § 2422(b).

A TRUE BILL



FOREPERSON

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**JUSTIN E. BLANKENSHIP**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years and not more than life.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.