Eastern District of Kentucky
FILED
JUL 23 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-cr-100-SCM

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER SEALING INDICTMENT, MOTION, AND SUBSEQUENT PLEADINGS**

**ANDREW D. LEWIS** **DEFENDANT**

* * * * *

The Court **ORDERS** that the motion of the United States to seal is **GRANTED**, and the indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending further order of the Court.

On this 23rd day of July 2026.

UNITED STATES MAGISTRATE JUDGE

Copy: Justin E. Blankenship, Assistant United States Attorney