Eastern District of Kentucky
FILED
JUL 23 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-cr-100 - SCM

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**ANDREW D. LEWIS** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **ANDREW D. LEWIS.**

On this 23rd day of July 2026.

UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
Justin Blankenship, Assistant United States Attorney